GLOBE INDEMNITY COMPANY, Respondent, *v.* STERLING STEWART CORPORATION et al., Defendants, and SAM RANZO, Appellant.

Argued April 11, 1940; decided April 26, 1940.

*William L. Clay* for appellant.

*Philip A. Sullivan* for respondent.

*Philip A. Sullivan* for Utica Mutual Insurance Company, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS and CONWAY, JJ. Taking no part: RIPPEY and LEWIS, JJ.